IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 23-CR-04048 |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | |
| vs. | ) | **Count 1** |
| | ) | 18 U.S.C. § 922(g)(1): Possession of |
| ALLEN MARTIN JONES, | ) | a Firearm by a Felon |
| | ) | |
| Defendant. | ) | **Count 2** |
| | ) | 18 U.S.C. § 1201(a)(1): |
| | ) | Kidnapping |
| | ) | |
| | ) | **Count 3** |
| | ) | 18 U.S.C. § 924(c)(1): |
| | ) | Possession Of Firearm During and |
| | ) | In Furtherance of a Crime of |
| | ) | Violence |

The Grand Jury charges:

## Count 1

## Possession of a Firearm by a Felon

On or about July 7, 2023, in the Northern District of Iowa, defendant ALLEN MARTIN JONES, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically, a black Remington 870, 12-guage shotgun, and the firearm was in and affecting commerce.

Defendant was previously convicted of the following crimes punishable by imprisonment for a term exceeding one year: (1) delivery of a controlled substance, in Nebraska District Court for Buffalo County, in case number 09CR070000097, on

1

or about May 13, 2010; (2) burglary, in Nebraska District Court for Hall County, in case number 08CR120000347, on or about January 23, 2013 and (3) possession of a firearm by a convicted felon, United States District Court District of Nebraska, in case number 12-CR-3032-001, on or about November 1, 2012.

This was in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## Count 2

### Kidnapping

On or about July 7, 2023, in the Northern District of Iowa, defendant, ALLEN MARTIN JONES, did unlawfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away, and hold for ransom, reward, and otherwise J.B. and, in committing and in furtherance of the commission of the offense, willfully transported J.B. in interstate commerce, using a means, facility, and instrumentality of interstate commerce (*i.e.,* an automobile).

This was in violation of Title 18, United States Code, Section § 1201(a)(1).

## Count 3

### Possession of a Firearm During and in Furtherance of a Crime of Violence

On or about July 7, 2023, in the Northern District of Iowa, defendant, ALLEN JONES, did knowingly possess a firearm, that is a black Remington 870, 12-guage shotgun, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is kidnapping as alleged in Count 2

of this Indictment. In committing this offense, defendant ALLEN JONES brandished the firearm.

This was in violation of Title 18, United States Code, Section 924(c)(1).

A TRUE BILL

/s/Foreperson
Grand Jury Foreperson    Date 8/16/23

TIMOTHY T. DUAX
United States Attorney

By:

FORDE FAIRCHILD
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

AUG 1 6 2023

And filed _____
PAUL DE YOUNG, CLERK

3